# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2019-0451, <u>Ramking, Inc. v. Heath Enterprises, Inc.</u>, the court on April 1, 2020, issued the following order:**

Having considered the brief and record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Ramking, Inc., appeals an order of the Superior Court (<u>Tucker</u>, J.) dismissing its request to enforce the non-competition provision in its franchise agreement with the defendant, Heath Enterprises, Inc., because the trial court found that the defendant's restaurant does not compete with the plaintiff "in any material way." The plaintiff contends that the trial court erred by: (1) finding that the plaintiff's June 2014 letter terminating the franchise did in fact terminate it, although the defendant did not comply with its obligations upon termination; (2) finding that the defendant was not competing with the plaintiff when the defendant was operating an allegedly similar restaurant in the location where it previously had operated the plaintiff's franchise; and (3) not finding that the defendant's actions violated "the spirit" of the non-competition provision.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's well-reasoned order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See id</u>.

<u>Affirmed</u>.

Hicks, Bassett, and Hantz Marconi, JJ., concurred.

**Timothy A. Gudas,
Clerk**